UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBONAIR DONAVAN WRIGHT,<br><br>Defendant. | CR 19-30149<br><br>REDACTED INDICTMENT<br><br>THIRD DEGREE BURGLARY and LARCENCY<br><br>18 U.S.C. §§ 1153, 661, and 2, and SDCL 22-32-8 |

The Grand Jury charges:

COUNT I

On or about the 10th day of June, 2019, in Todd County, in Indian country, in the District of South Dakota, Debonair Donavan Wright, an Indian, and others known and unknown to the grand jury, did unlawfully enter and remain in an unoccupied structure, that being, Mike's Pawn Shop, with the intent to commit the crime of larceny therein, and did aid and abet the offense, in violation of 18 U.S.C. §§ 1153 and 2, SDCL 22-32-8.

COUNT II

On or about the 10th day of June, 2019, in Todd County, in Indian country, in the District of South Dakota, Debonair Donavan Wright, an Indian, and others known and unknown to the grand jury, did unlawfully take and carry away with intent to steal and purloin jewelry, electronics, and other merchandise, the personal property of another, namely: Mike's Pawn Shop, of a value of more than

$1,000, and did aid and abet the offense, in violation of 18 U.S.C. §§ 1153, 661, and 2.

A TRUE BILL:

**NAME REDACTED**
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _____